# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-2944

_____

| | | |
|---|---|---|
| Joseph Mousel, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| Richard L. Welch; Jonathan McHaney; | * | District of Minnesota. |
| Dennis Leff; John Doe; Lyle A. | * | |
| Bakken; Corby Bakken; Progress | * | [UNPUBLISHED] |
| Valley Masonry, Inc., | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: December 7, 1998
Filed: December 18, 1998

_____

Before WOLLMAN, HANSEN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Joseph Mousel appeals from the district court's[1] adverse grant of summary judgment in his action against defendant law enforcement officers and landlords arising from his 1991 eviction from property he rented. Having carefully reviewed the record,

_____

[1]The Honorable Paul A. Magnuson, Chief Judge, United States District Court for the District of Minnesota.

we affirm the judgment of the district court for the reasons set forth in its memorandum and order.  See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.